No. 996. SAMUEL T. WIGGINS, ASSIGNEE, ETC., ET AL. *v.* F. E. HUMMEL, RECEIVER. June 2, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. R. N. McConnell* for petitioners. No appearance for respondent.

No. 998. W. A. GENTRY *v.* JAMES C. DAVIS, AGENT, ETC. June 2, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Kansas denied. *Mr. Charles Stephens* and *Mr. Frank Doster* for petitioner. *Mr. W. W. Brown* and *Mr. Alfred G. Armstrong* for respondent.

No. 1006. JOHN BEAL SNEED ET AL. *v.* UNITED STATES. June 2, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James E. Gresham* for petitioners. No brief filed for the United States.

No. 1007. FREDERICK KEIGHLEY, TRUSTEE, ETC. *v.* AMERICAN TRUST COMPANY. June 2, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Silbiger* for petitioner. *Mr. Morgan J. O'Brien* for respondent.

No. 454. UNITED STATES EX REL. SOO HOO HONG *v.* ROBERT E. TOD, COMMISSIONER OF IMMIGRATION, ETC.; and

No. 482. UNITED STATES EX REL. JOSEPH SINGLETON, NEXT FRIEND OF LUI KAH, *v.* ROBERT E. TOD, COMMISSIONER OF IMMIGRATION. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit. June 9, 1924. Suggestions to strike petitions for writs of certiorari in these causes from the docket granted. *Mr. Walter Bates Farr* for petitioners. *Mr. Alfred A. Wheat* for respondent.